# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| WILNANCY CANTILLO MONTERO,<br><br>*Petitioner*,<br><br>v.<br><br>JOEL GARCIA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, ACTING DIRECTOR AND SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PAMELA BONDI, U.S. ATTORNEY GENERAL; and WARDEN OF ERO EL PASO CAMP EAST MONTANA,<br><br>*Respondents*. | No. 3:25-CV-00706-LS |

## ORDER FOR SERVICE

Petitioner Wilnancy Cantillo Montero challenges her custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] Her petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **January 19, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on December 30, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**