# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **WILNANCY CANTILLO MONTERO,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| **JOEL GARCIA, FIELD OFFICE** | § | |
| **DIRECTOR OF ENFORCEMENT** | § | |
| **AND REMOVAL OPERATIONS, EL** | § | |
| **PASO FIELD OFFICE,** | § | |
| **IMMIGRATION AND CUSTOMS** | § | **No.  3:25-CV-00706-LS** |
| **ENFORCEMENT; UNITED STATES** | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY, KRISTI NOEM,** | § | |
| **SECRETARY, U.S. DEPARTMENT OF** | § | |
| **HOMELAND SECURITY; TODD** | § | |
| **LYONS, ACTING DIRECTOR AND** | § | |
| **SENIOR OFFICIAL PERFORMING** | § | |
| **THE DUTIES OF THE DIRECTOR OF** | § | |
| **U.S. IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT; PAMELA BONDI,** | § | |
| **U.S. ATTORNEY GENERAL; AND** | § | |
| **WARDEN OF ERO EL PASO CAMP** | § | |
| **EAST MONTANA,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Upon consideration of the parties' Joint Stipulation of Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

---

[1] ECF No. 10.

**SIGNED** and **ENTERED** on April 1, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**